**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Laura Briscoe, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:16−cv−10294
                                                      Honorable John Robert Blakey

Health Care Services Corporation, et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, November 13, 2020:


      MINUTE entry before the Honorable John Robert Blakey: Based upon the representations of the parties, this case has settled and is therefore dismissed without prejudice. Absent reinstatement on or before 1/15/2021, the dismissal will convert to one with prejudice without further order of the Court. All pending deadlines and/or hearings are stricken. Any pending motions are denied as moot. Civil case terminated. Mailed notice(gel, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.