IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA BRISCOE, *et al.*, | ) No. 1:16-cv-10294 |
| Plaintiffs, | ) |
| v. | ) **Honorable John Robert Blakey** |
| HEALTH CARE SERVICE CORPORATION; and BLUE CROSS AND BLUE SHIELD OF ILLINOIS, | ) |
| Defendants. | ) |

**NOTICE OF STIPULATED VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Laura Briscoe, Kristin Magierski and Emily Adams ("Plaintiffs") and Defendant Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, a division of which is Blue Cross and Blue Shield of Illinois ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of the action and of Plaintiffs' claims against Defendant. Neither Plaintiffs nor Defendant will be assessed attorneys' fees or costs by the Court and, no party will move for an award under Federal Rule of Civil Procedure 54.

Dated: December 1, 2020                    Respectfully submitted,

By:  */s Kimberly Donaldson-Smith*          By:   */s/ Rebecca R. Hanson*
       Nicholas E. Chimicles                         Martin J. Bishop
       Kimberly Donaldson-Smith                      Rebecca R. Hanson
       Stephanie E. Saunders                         **REED SMITH LLP**
       **CHIMICLES SCHWARTZ**                        10 S. Wacker Drive, 40th Floor
       **KRINER & DONALDSON-SMITH**                  Chicago, IL 60606
       **LLP**                                       Phone: (312) 207-1000

1

361 W. Lancaster Avenue
Haverford, PA 19041
Phone: (610) 642-8500
Fax: (610) 649-3633
NEC@Chimicles.com
KMD@Chimicles.com
SES@Chimicles.com

Fax: (312) 207-6400
mbishop@reedsmith.com
rhanson@reedsmith.com

*Attorneys for Defendant*

Paul D. Malmfeldt, Esq.
**BLAU & MALMFELDT**
566 West Adams Street, Suite 600
Chicago, Illinois 60661
Phone: (312) 443-1600
Fax: (312) 443-1665

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Kimberly M. Donaldson Smith, hereby certify that on December 1, 2020, I electronically filed a true and correct copy of the foregoing **NOTICE OF STIPULATED VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Kimberly M. Donaldson-Smith*
Kimberly M. Donaldson-Smith